# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH OSTRANDER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MACY'S DEPARTMENT STORES, INC.,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. 1:11-cv-00346-LJO-MJS<br><br>ORDER TO SHOW CAUSE WHY DISPOSITIVE DOCUMENTS HAVE NOT BEEN FILED AND WHY SANCTIONS SHOULD NOT BE ISSUED FOR DEFENDANT'S FAILURE TO COMPLY WITH A COURT ORDER<br><br>RESPONSE DUE BY JULY 22, 2011<br>(ECF No. 8) |

On June 2, 2011, Counsel for Defendant Macy's Department Stores, Inc. ("Defendant") appeared telephonically before Magistrate Judge Michael J. Seng. (Order, ECF No. 8.) Counsel stated that he was appearing for both parties in this matter, because the parties had settled this matter on June 1, 2011. (Id.) The Court ordered the parties to file dispositive documents consistent with the settlement within thirty days. (Id.)

Over thirty days have passed and the Court has not received any dispositive documents or any other response to the Court's June 2, 2011 Order.

Accordingly, Defendant is ORDERED to show cause not later than July 22, 2011, why sanctions should not be issued for failure to comply with the Court's June 2, 2011 Order.

IT IS SO ORDERED.

Dated:   July 11, 2011          /s/ *Michael J. Seng*
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE