IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH OSTRANDER,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MACY'S, et al.,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. CV F 11-0346 LJO MJS<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 14.) |

　　Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

　　1.　　DISMISSES with prejudice this entire action;

　　2.　　VACATES all pending matters; and

　　3.　　DIRECTS the clerk to close this action.

　　IT IS SO ORDERED.

**Dated:　September 1, 2011**　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE