# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH OSTRANDER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MACY'S, et al.,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. CV F 11-0346 LJO MJS<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 14.) |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action;

2. VACATES all pending matters; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   September 1, 2011**　　　　　　　　　／s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1